IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| Danielle Thomas SLAUGHTER and Robert SLAUGHTER, as parents and natural guardians of A.T.S., G.T., and C.T., minors,<br><br>Plaintiffs,<br>v.<br><br>Marcelina J. MOYA,<br><br>Defendant. | Civil No. 17-6767 (RBK/KMW)<br><br>**ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** coming before the Court on Plaintiffs' unopposed Motion for Default Judgment (ECF No. 7);

**THE COURT NOTING** that Plaintiffs have not submitted an affidavit pursuant to 50 U.S.C.A. § 3931, under which Plaintiffs must submit an affidavit concerning whether Defendant is a military servicemember;

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED WITHOUT PREJUDICE**. Plaintiffs may submit such an affidavit within **14 DAYS** at which time they may also request to reinstate their Motion for Default Judgment.

Dated: June 27, 2018

ROBERT B. KUGLER
United States District Judge

1